In Re: **Alva Roy HERON, Jr., Debtor.**

**Alva Roy Heron, Jr., Plaintiff–
Appellant,**

v.

**H. Jason Gold, Trustee, Defendant–
Appellee.**

No. 07–1206.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 24, 2007.

Decided: July 26, 2007.

Alva Roy Heron, Jr., Appellant Pro Se.
Kalina Boyanova Miller, Wiley Rein, LLP,
McLean, Virginia, for Appellee.

Before WILKINSON, TRAXLER, and
DUNCAN, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Alva Roy Heron, Jr., appeals from the
district court's orders: (1) affirming the
bankruptcy court's orders denying his mo-
tion to compel the trustee to abandon cer-
tain claims in his bankruptcy case and
approving the settlement of the claims,
and (2) denying his motion for reconsidera-
tion of the order. We have reviewed the
record and find no reversible error. Ac-
cordingly, we affirm for the reasons stated
by the district court. *See Heron v. Gold,*
Nos. 1:06–cv–01219–TSE; BK–03–12302–
RGM (E.D. Va. filed Jan. 19, 2007 & en-
tered Jan. 25, 2007; filed Jan. 30, 2007 &
entered Jan. 31, 2007). We dispense with
oral argument because the facts and legal
contentions are adequately presented in
the materials before the court and argu-
ment would not aid the decisional process.

*AFFIRMED.*